IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
     Plaintiff,

v.                                                               Case No: 3:11cv355/RV/CJK

ROBERT E. NIBLETT, et al.,
     Defendants.

---

AMENDED REPORT AND RECOMMENDATION

     This stakeholder action is before the court upon plaintiff's notice of voluntary dismissal (doc. 14).  The notice states that the issues between plaintiff and defendants Robert E. Niblett and Sandra K. Niblett have been resolved through settlement and that the Niblett defendants have disavowed any interest in the life insurance proceeds at issue in this litigation.  (Doc. 14, 1-2)  Plaintiff stipulates to the entry of an order dismissing the claims against the Niblett defendants without prejudice, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).

     Accordingly, it is respectfully RECOMMENDED:

     That this cause be DISMISSED WITHOUT PREJUDICE as to Robert E. Niblett and Sandra K. Niblett pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).

At Pensacola, Florida, this 2nd day of November, 2011.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).