IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
    Plaintiff,

vs.                            Case No.   3:11cv355/RV/CJK

ROBERT E. NIBLETT, et al.,
    Defendants.
_____

## O R D E R

Upon consideration of the Amended Report and Recommendation of the Magistrate Judge filed on November 2, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITHOUT PREJUDICE as to Robert E. Niblett and Sandra K. Niblett pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DONE AND ORDERED this 2nd day of December, 2011.

                                /s/ *Roger Vinson*
                                ROGER VINSON
                                SENIOR UNITED STATES DISTRICT JUDGE